588

UNITED STATES of America,
Plaintiff–Appellant,

v.

Carlos Ernest COWARD, Defendant–
Appellant.

No. 15–7565.

United States Court of Appeals,
Fourth Circuit.

Submitted: Feb. 23, 2016.

Decided: Feb. 26, 2016.

Carlos Ernest Coward, Appellant Pro Se. Donald Ray Wolthuis, Assistant United States Attorney, Roanoke, Virginia, for Appellee.

Before MOTZ and GREGORY, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Carlos Ernest Coward appeals the district court's order denying his Fed. R.Crim.P. 36 motion to correct judgment. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Coward,* No. 7:07–cr–00069–GEC–3 (W.D.Va. Sept. 11, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*